## School District of the City of Meadville, Appellant, *v.* The Public Service Commission.

Argued April 14, 1920. Appeal, No. 102, April T., 1920, by School District of the City af Meadville, from the report and order of the Public Service Commission, Complaint No. C 1599, 1917, in the case of the School District of the City of Meadville v. The Public Service Commission, on appeal, and the United Natural Gas Company, intervener. Before PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

OPINION BY LINN, J., July 14, 1920:

For the reasons stated in Vernon Township v. Public Service Commission, No. 103, April Term, 1920, ante p. 54, the order of the Public Service Commission in this case is affirmed, costs to be paid by appellant.

HENDERSON, J., dissents.